CHARLES L. THOMPSON, State Bar No. 139927
charles.thompson@ogletreedeakins.com
ERICA K. ROCUSH, State Bar No. 363254
erica.rocush@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300, One Market Plaza
San Francisco, California 94105
Telephone:   415-442-4810/Facsimile:   415-442-4870

Attorneys for Defendants ABLE BUILDING MAINTENANCE AND
SUNSET DEVELOPMENT COMPANY

LARA VILLARREAL HUTNER, State Bar No.
LHutner@vhattorneys.com
VILLARREAL HUTNER PC
575 Market Street, Suite 300
San Francisco, California 94105
Telephone:   415-904-0445 /Facsimile:   415-512-7674

Attorneys for Defendant DUGLAS VELASQUEZ

MICHAEL GOFORTH
mdg@goforthlucas.com
GOFORTH & LUCAS LAW OFFICES
One Concord Centre, 2300 Clayton Road, Suite 1460
Concord, California 94520
Telephone:   925-682-9500/Facsimile:   925-682-2353

Attorneys for Plaintiff MARIA HINOJOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HINOJOSA, | Case No. C09-03669 JSW |
| Plaintiff, | |
| v. | **STIPULATION REGARDING PRETRIAL AND TRIAL DATES** |
| ABLE BUILDING AND MAINTENANCE COMPANY; DUGLAS VELÁSQUEZ; SUNSET DEVELOPMENT CORPORATION aka BISHOP RANCH PROPERTY MANAGEMENT; DOES 1-10, | **AND ORDER THEREON AS MODIFIED** |
| Defendants. | |

7964923_1

1
STIPULATION REGARDING PRETRIAL AND TRIAL DATES

Plaintiff MARIA HINOJOSA ("HINOJOSA") and Defendants ABLE BUILDING MAINTENANCE COMPANY ("ABLE"), SUNSET DEVELOPMENT COMPANY ("SUNSET") and DUGLAS VELASQUEZ ("MR. VELASQUEZ"), pursuant to the Court's request at the December 4, 2009 case management conference, hereby submit their proposed pretrial and trial deadlines:

    Proposed date for expert designation:  August 4, 2010

    Proposed date for discovery cutoff:  June 4, 2010

    Proposed date for hearing of dispositive motions:  August 27, 2010 at 9:00 a.m.

    Proposed date for pretrial conference:  ~~October 11, 2010~~ or 45 days after the Court rules on any dispositive motions.  October 18, 2010 at 2:00 p.m.

    Proposed date for trial:  ~~November 15, 2010,~~ or 60 days after the Court rules on any dispositive motions filed by the parties.  November 8, 2010 at 8:00 a.m.

DATED:  December 10, 2009

**IT IS SO ORDERED AS MODIFIED**
/s/ Jeffrey S. White
Judge Jeffrey S. White

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/Erica Rocush
    Charles L. Thompson IV
    Erica K. Rocush
Attorneys for Defendants
ABLE BUILDING MAINTENANCE AND SUNSET DEVELOPMENT COMPANY

VILLARREAL HUTNER PC

By: s/Lara Villarreal Hutner
    Lara Villarreal Hutner
Attorneys for Defendant
DUGLAS VELASQUEZ

Dated:  December 10, 2009

| | |
|---|---|
| 1 | GOFORTH & LUCAS LAW OFFICES |
| 2 | |
| 3 | |
| 4 | By: s/Michael Goforth |
| | Michael D. Goforth |
| 5 | Christopher R. Lucas |
| | Attorneys for Plaintiff |
| 6 | MARIA HINOJOSA |

3

STIPULATION REGARDING PRETRIAL AND TRIAL DATES

7964923_1

7964923.1 (OGLETREE)