| | |
|---|---|
| 1 | VILLARREAL HUTNER PC |
| | LARA VILLARREAL HUTNER, State Bar No. 178639 |
| 2 | E-Mail: lhutner@vhattorneys.com |
| | JESSICA N. LEAL, State Bar No. 267232 |
| 3 | E-Mail: jleal@vhattorneys.com |
| | 575 Market Street, Suite 300 |
| 4 | San Francisco, California 94105 |
| | Telephone: 415.543.4200 |
| 5 | Facsimile: 415.512.7674 |
| 6 | Attorneys for Defendant DUGLAS VELASQUEZ |
| | (erroneously named as DOUGLAS VELASQUEZ) |
| 7 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | CHARLES L. THOMPSON, State Bar No. 139927 |
| 8 | E-Mail: charles.thompson@ogletreedeakins.com |
| | ERICA K. ROCUSH, State Bar No. 363254 |
| 9 | E-Mail: erica.rocush@ogletreedeakins.com |
| | Steuart Tower, Suite 1300, One Market Plaza |
| 10 | San Francisco, California 94105 |
| | Telephone: 415.442.4810 |
| 11 | Facsimile: 415.442.4870 |
| 12 | Attorneys for Defendants ABLE BUILDING MAINTENANCE |
| | AND SUNSET DEVELOPMENT COMPANY |
| 13 | GOFORTH & LUCAS LAW OFFICES |
| | MICHAEL GOFORTH, State Bar No. 85610 |
| 14 | E-Mail: mdg@goforthlucas.com |
| | CHRISTOPHER R. LUCAS, State Bar No. 95293 |
| 15 | E-Mail: crl@goforthlucas.com |
| | One Concord Centre, 2300 Clayton Road, Suite 1460 |
| 16 | Concord, California 94520 |
| | Telephone: 925.682.9500 |
| 17 | Facsimile: 925.682.2353 |
| 18 | Attorneys for Plaintiff MARIA HINOJOSA |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA HINOJOSA, | Case No. 3:09-cv-03669-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION** |
| v. | |
| ABLE BUILDING AND MAINTENANCE COMPANY; DOUGLAS VELÁSQUEZ; SUNSET DEVELOPMENT CORPORATION aka BISHOP RANCH PROPERTY MANAGEMENT; DOES 1-10, | TRIAL: November 8, 2010 |
| | TIME: 8:00 a.m. |
| | CTRM: #11 (19th Floor) |
| Defendants. | JEFFREY S. WHITE |
| | U.S. DISTRICT JUDGE |

CASE NO. 3:09-CV-03669-JSW     JOINT STIPULATION AND [PROPOSED] ORDER TO ALTER THE ADR DATE

Plaintiff MARIA HINOJOSA ("MS. HINOJOSA") and Defendants ABLE BUILDING MAINTENANCE COMPANY ("ABLE"), SUNSET DEVELOPMENT COMPANY ("SUNSET") and DUGLAS VELASQUEZ ("MR. VELASQUEZ"), pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b) and the Court's Initial Case Management Conference Minute Order of December 4, 2009, hereby submit their Joint Stipulation to Continue Date to Complete Alternative Dispute Resolution ("ADR").

The Parties are ordered to complete mediation by April 5, 2010. However, because the deposition of Plaintiff only recently took place on March 22 and 23, 2010, the Parties can not complete mediation by April 5, 2010, and have scheduled mediation for April 30, 2010. Therefore, the Parties respectfully request to continue the date to complete mediation to May 5, 2010.

Respectfully submitted, and
IT IS SO STIPULATED.

DATED: March 29, 2010            VILLARREAL HUTNER PC


                                 By: __/s/__ Jessica N. Leal_____
                                    LARA VILLARREAL HUTNER
                                    JESSICA N. LEAL

                                    Attorneys for Defendant
                                    DUGLAS VELASQUEZ



                                 OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.


                                 By: __/s/__ Charles S. Thompson_____
                                    CHARLES L. THOMPSON
                                    ERICA K. ROCUSH

                                    Attorneys for Defendants
                                    ABLE BUILDING MAINTENANCE AND
                                    SUNSET DEVELOPMENT COMPANY

-1-
CASE NO. 3:09-CV-03669-JSW    JOINT STIPULATION AND [PROPOSED] ORDER TO ALTER THE ADR DATE

GOFORTH & LUCAS LAW OFFICES

By: __/s/__ Michael D. Goforth_____
MICHAEL GOFORTH
CHRISTOPHER R. LUCAS

Attorneys for Plaintiff
MARIA HINOJOSA

GOOD CAUSE APPEARING,

The parties have until May 5, 2010, to conclude the court-connected mediation.

**IT IS SO ORDERED.**

DATED: March 30, 2010

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE