1  MICHAEL D. GOFORTH, SBN 85610
   GOFORTH & LUCAS
2  2300 Clayton Road, Suite 1460
   Concord, California 94520
3  (925) 682-9500
   (925) 682-2353
4
5  Attorney for Plaintiff
   MARIA HINOJOSA
6
              UNITED STATES DISTRICT COURT
7
              NORTHERN DISTRICT OF CALIFORNIA
8                                              3669
   MARIA HINOJOSA,            CASE NO:  C09-XXXXX JSW
9
        PLAINTIFF,            **NOTICE OF SETTLEMENT OF
10                            ENTIRE CASE** AND ORDER THEREON
   v.
11
   ABLE BUILDING AND MAINTENANCE
12 COMPANY; DOUGLAS VELASQUEZ;
   SUNSET DEVELOPMENT CORPORATION
13 Aka BISHOP RANCH PROPERTY
   MANAGEMENT; DOES 1 TO 100,
14 Inclusive,
15
        DEFENDANTS.
16 _____/

17      This pleading serves to confirm that this case settled
18 through mediation.
19      Accordingly, it is requested that the court enter its Order
20 of Dismissal with prejudice.
21
   Date: June 30, 2010              RESPECTFULLY SUBMITTED,
22                                  GOFORTH & LUCAS
23
24                                  _____
                                    MICHAEL D. GOFORTH
25                                  Attorney for plaintiff
                                    MARIA HINOJOSA

IT IS SO ORDERED
Judge Jeffrey S. White

DATED: July 6, 2010

LAW
OFFICES
OF
GOFORTH
& LUCAS